| | |
|---|---|
| 1 | MATT GONZALEZ (SBN 153486) |
|   | G. WHITNEY LEIGH (SBN 153457) |
| 2 | GONZALEZ & LEIGH, LLP |
|   | 744 Montgomery Street, Fifth Floor |
| 3 | San Francisco, CA 94111 |
| 4 | Telephone: (415) 912-5950 |
|   | Facsimile: (415) 912-5951 |
| 5 | |
|   | JAMES R. WHEATON (SBN 115230) |
| 6 | DAVID A. GREENE (SBN 160107) |
|   | 1736 Franklin Street, 9th Floor |
| 7 | Oakland, CA 94612 |
|   | Telephone: (510) 208-7744 |
| 8 | Facsimile: (510) 208-4562 |
| 9 | Attorneys for Plaintiff |
|   | DAVID MORSE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MORSE, individually, | Case No. 3:10-cv-05594-SI |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF DAVID MORSE** |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, BERKELEY,; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE DEPARTMENT; CITY OF BERKELEY POLICE DEPARTMENT; CITY OF BERKELEY POLICE DEPARTMENT CHIEF MICHAEL K. MEEHAN; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER DETECTIVE NICOLE MILLER; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER DETECTIVE REICH; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER SERGEANT HARRIS; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER WYCKOFF; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER MANCHESTER; CITY OF ALAMEDA; COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S DEPARTMENT; ALAMEDA COUNTY SHERIFF GREGORY A. AHERN; and | |

| | |
|---|---|
| 1 | DOE DEFENDANTS, in their individual and official capacities, Jointly and Severally, |
| 2 | |
| 3 | Defendants. |

TO ALL PARTIES AND TO THEIR ATTORNEY OF RECORD:

Please take notice that Plaintiff DAVID MORSE substitutes Terry Gross as his counsel and attorney of record in this matter.

Matt Gonzalez and G. Whitney Leigh of Gonzalez & Leigh, LLP, 744 Montgomery Street, Fifth Floor, San Francisco, CA 94111, telephone: (415) 912-5950; facsimile: (415) 912-5951, State Bar Nos. 153486 and 153457, respectively, are no longer his attorneys in this matter.

DAVID MORSE's new counsel in this matter and new attorney of record on whom all notices and papers may be served is:

Terry Gross of Gross Belsky Alonso LLP, 180 Montgomery Street, Suite 2200, San Francisco, CA 94104, telephone: (415) 544-0200; and (415) 544-0201, State Bar No. 103878.

**Substitution Based on Consent**

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings.

Dated: April 6, 2011

By: _____
DAVID MORSE

Dated: April 11, 2011

GONZALEZ & LEIGH, LLP

By: _____
G. WHITNEY LEIGH
Former Attorneys for Plaintiff
DAVID MORSE

Dated: April 6, 2011

GROSS BELSKY ALONSO LLP

By: _____
TERRY GROSS
Attorneys for Plaintiff
DAVID MORSE

**IT IS SO ORDERED**

*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA