IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORSE, | No. C 10-05594 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, BERKELEY ET AL, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 23, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 17, 2012.

DESIGNATION OF EXPERTS: pltf: 2/24/12, deft: 3/9/12; REBUTTAL: 3/19/12.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 6, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by March 9, 2012;

Opp. Due March 23, 2012; Reply Due March 30, 2012 ;

and set for hearing no later than April 13, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 22, 2012 at 3:30 PM.

JURY TRIAL DATE: June 11, 2012 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties have agreed to not conduct discovery until after the mediation session in August.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/5/12

SUSAN ILLSTON
United States District Judge