Terry Gross (terry@gba-law.com) (103878)
Adam C. Belsky (adam@gba-law.com) (147800)
Monique Alonso (monique@gba-law.com) (127078)
Sarah Crowley (sarah@gba-law.com) (273663)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:  (415) 544-0201

David Greene (dgreene@thefirstamendment.org) (160107)
THE FIRST AMENDMENT PROJECT
1736 Franklin Street, 9th Floor
Oakland, CA 94612
Telephone:  (510) 208-7744
Facsimile:  (510) 208-4562

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MORSE, | Case No.: C 10-5594 |
| Plaintiff, | **STIPULATION AND AGREEMENT TO TOLL THE STATUTE OF LIMITATIONS AS TO CLAIMS AGAINST THE COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPARTMENT, ALAMEDA COUNTY SHERIFF GREGORY AHERN, THE CITY OF BERKELEY, AND CITY OF BERKELEY POLICE CHIEF MICHAEL MEEHAN** |
| vs. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE DEPARTMENT; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE CHIEF MITCHELL CELAYA; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER DETECTIVE NICOLE MILLER; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER DETECTIVE REICH; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER SERGEANT HARRIS; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER WYKOFF; and UNIVERSITY OF | |

1

CALIFORNIA AT BERKELEY POLICE                    )
OFFICER MANCHESTER et. al.,                      )
                                                 )
            Defendants.                          )
_____         )

WHEREAS on February 4, 2011, the signatories stipulated and agreed that any statute of limitations governing any claim by plaintiff David Morse against the County of Alameda, the Alameda County Sheriff's Department, Alameda County Sheriff Gregory Ahern, the City of Berkeley, and City of Berkeley Police Chief Michael Meehan would be tolled for a period beginning on February 4, 2011, and ending July 4, 2011,

**IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE SIGNATORIES HERETO THROUGH THEIR UNDERSIGNED COUNSEL:**

Any statute of limitations governing any claim against the County of Alameda, Alameda County Sheriff's Department, Alameda County Sheriff Gregory Ahern, the City of Berkeley, and City of Berkeley Police Chief Michael Meehan shall be tolled for an additional period beginning on June 30, 2011, and extending through September 30, 2011.

Dated: June 30, 2011                    GROSS BELSKY ALONSO LLP

                                        By: _/s/ Sarah Crowley_____.
                                             Sarah Crowley


Dated: June 30, 2011                    THE FIRST AMENDMENT PROJECT

                                        By: _/s/ David Greene_____.
                                             David Greene

2

**STIPULATION AND AGREEMENT TO TOLL STATUTE OF LIMITATIONS, CASE NO. C10-5594**

Attorneys for Plaintiff

Dated: June 30, 2011

RICHARD KARLSSON, County Counsel in and for the County of Alameda, State of California

By: __/s/ Todd A. Boley_____.
      Todd A. Boley
      Deputy County Counsel

Attorney for the County of Alameda, Alameda County Sheriff's Department and Alameda County Sheriff Gregory Ahern

Dated: June 30, 2011

ZACH COWAN, Berkeley City Attorney

By: __/s/ Zach Cowan_____.
      Zach Cowan

Attorney for the City of Berkeley and Police Chief Michael Meehan

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

3

**STIPULATION AND AGREEMENT TO TOLL STATUTE OF LIMITATIONS, CASE NO. C10-5594**

**GENERAL ORDER 45 ATTESTATION**

I, Sarah Crowley, am the ECF user whose ID and password are being used to file this declaration.  In compliance with General Order 45, X.B., I hereby attest that David A. Greene, Todd A. Boley, and Zach Cowan concurred in the filing of this document with their electronic signatures.

DATED:  June 30, 2011

_____/s/_____

Sarah A. Crowley

STIPULATION AND AGREEMENT TO TOLL STATUTE OF LIMITATIONS, CASE NO. C10-5594