1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID MORSE,                                    No. C 10-05594 SI

        Plaintiff,                              **ORDER RE: ADR**

   v.

REGENTS OF THE UNIVERSITY OF
CALIFORNIA, BERKELEY, *et al.*,

        Defendants.
_____/

        This case is referred to Magistrate Judge Spero for an early settlement conference.  The parties shall confer with Magistrate Judge Spero's chambers regarding the timing of the conference, and report to the Court no later than August 29, 2011 as to what dates have been set.


        **IT IS SO ORDERED.**


Dated:  August 19, 2011                         _____
                                                SUSAN ILLSTON
                                                United States District Judge