| | |
|---|---|
| 1 | LOUIS A. LEONE, ESQ. (SBN: 099874) |
| 2 | CLAUDIA LEED, ESQ. (SBN: 122676) |

LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
E-mail: leonel@stubbsleone.com
        leedc@stubbsleone.com

WILLIAM J. CARROLL, ESQ. (SBN: 118106)
SARAH D.YOUNGBLOOD, ESQ. (SBN: 244304)
**SCHIFF HARDIN LLP**
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701
E-mail: wcarroll@schiffhardin.com
        syoungblood@schiffhardin.com

Attorneys for Defendants
UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE CHIEF MITCHELL J. CELAYA III; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE DETECTIVE NICOLE MILLER; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER REICH; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER SERGEANT HARRIS; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER WYCOFF; and UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER MANCHESTER

TERRY GROSS, ESQ. (SBN: 103878)
SARAH A. CROWLEY, ESQ. (SBN 273663)
**GROSS BELSKY ALONSO LLP**
180 Montgomery Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 544-0200
Facsimile: (415) 912-0201
E-Mail: Terry@BBA-law.com
        Sarah@BBA-law.com

Attorneys for Plaintiff
DAVID MORSE

STIPULATION AND [PROPOSED] ORDER                                Case No.:   CV 10 5594 SI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>            Plaintiff,<br><br>    vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, BERKELEY; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE DEPARTMENT; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE CHIEF MITCHELL J. CELAYA III; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE DETECTIVE NICOLE MILLER; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER REICH; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER SERGEANT HARRIS; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER WYCOFF; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER MANCHESTER; CITY OF BERKELEY POLICE DEPARTMENT; CITY OF BERKELEY POLICE CHIEF MICHAEL K. MEEHAN; COUNTY OF ALAMEDA; ALAMEDA SHERIFF'S DEPARTMENT; ALAMEDA COUNTY SHERIFF GREGORY J. AHERN; and DOES 1-25<br><br>            Defendants. | Case No.:  CV 10 5594 SI<br><br>**STIPULATION AND [PROPOSED]ORDER RE: CASE MANAGEMENT CONFERENCE**<br><br>Date:   September 23, 2011<br>Time:   2:30 p.m.<br>Courtroom: 10, 19th Floor, Judge Susan Ilston |

The parties to the above captioned litigation hereby stipulate by and through their undersigned attorneys of record as follows:

This matter is scheduled for a Case Management Conference on September 23, 2011. Other than Defendants' pending request that the Court stay discovery pending the October 24, 2011 Settlement Conference before Magistrate Judge Spero, there are no other matters the requiring the Court's attention.   Therefore good cause exists to request that the court continue

STIPULATION AND [PROPOSED] ORDER                                                        Case No.:   CV 10 5594 SI

the Case Management Conference from September 23, 2011 to a date after the October 24, 2011 Settlement Conference.

    IT IS SO STIPULATED.

| | |
|---|---|
| Dated: September 13, 2011 | **STUBBS & LEONE** |
| | _____/S/_____ |
| | LOUIS A. LEONE, ESQ. |
| | CLAUDIA LEED, ESQ. |
| | Attorney for Defendants |
| | UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE CHIEF MITCHELL J. CELAYA III; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE DETECTIVE NICOLE MILLER; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER REICH; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER SERGEANT HARRIS; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER WYCOFF; and UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER MANCHESTER |
| Dated: September 13, 2011 | **SCHIFF HARDIN LLP** |
| | _____/S/_____ |
| | WILLIAM J. CARROLL, ESQ. |
| | SARAH D. YOUNGBLOOD, ESQ. |
| | Attorneys for Defendants |
| | UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE DEPARTMENT; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE CHIEF MITCHELL J. CELAYA III; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE DETECTIVE NICOLE MILLER; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER REICH; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER SERGEANT HARRIS; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER WYCOFF; and UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER MANCHESTER |

Dated: September____, 2011        **GROSS BELSKY ALONSO LLP**

_____/S/_____
TERRY GROSS, ESQ
Attorneys for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties, the Case Management Conference on September 23, 2011 will be continued to _____10/28/11 at_____ 2:30 p.m.

September__15, 2011                    _____*/s/ Susan Illston*_____
                                        SUSAN ILLSTON
                                        DISTRICT JUDGE