UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE, | Case No.: C-10-05594-YGR |
| Plaintiff, | **ORDER REGARDING PLAINTIFF'S DEPOSITION AND SETTING TRIAL DATES** |
| vs. | |
| MITCHELL J. CELAYA, III, et al., | |
| Defendants. | |

Having carefully considered the letter briefs submitted regarding the dispute concerning Plaintiff's deposition, and openings in the Court's own calendar, the Court hereby ORDERS that the deposition of Plaintiff occur on March 14, 2012 at a time and place to be notified by Defendants.

The Court further re-sets the following trial-related deadlines:

| | | |
|---|---|---|
| Non-Expert Discovery Cutoff: | March 16, 2012 | |
| Disclosure of Experts (retained/non-retained): | Opening: | February 24, 2012 |
| | Rebuttal: | March 9, 2012 |
| Expert Discovery Cutoff: | April 6, 2012 | |
| Dispositive Motions to be Filed: | March 26, 2012 | |
| Oppositions to be Filed: | April 9, 2012 | |
| Replies to be Filed: | April 16, 2012 | |
| Dispositive Motions to be Heard: | May 1, 2012 | |
| Pretrial Statements: | June 8, 2012 | |
| Pretrial Conference: | June 22, 2012 at 9:00 a.m. | |
| Trial: | July 9, 2012 at 8:30 a.m. | |
| Trial Length: | TBD days | |

**IT IS SO ORDERED.**

Dated: February 28, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**