UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>    Plaintiff,<br><br>vs.<br><br>MITCHELL J. CELAYA, III, et al.,<br><br>    Defendants. | Case No.: C-10-05594-YGR<br><br>**ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FILE PRE-TRIAL STATEMENTS** |

This action is scheduled for trial on July 9, 2012. (Dkt. No. 66.) The deadline for pre-trial statements passed on June 8, 2012 and the parties filed no statements. The pre-trial conference is currently scheduled for June 22, 2012 at 9:00 a.m. The Court understands that the parties have settled, but are continuing to work out finalization of the settlement.

The parties are hereby **ORDERED TO SHOW CAUSE** why the Court should not immediately dismiss this action in light of the parties' failure to file any pre-trial documents on June 8, 2012. The Order to Show Cause hearing shall be held on June 25, 2012 at 2:00 p.m., in a courtroom to be designated. Five (5) business days prior to the date of the compliance hearing, the parties shall file a joint statement regarding whether there is good cause for the Court to delay dismissing this action at this time.

The Court further **VACATES** and re-sets the pre-trial conference for June 25, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: June 12, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**