LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
E-mail: leonel@stubbsleone.com
          leedc@stubbsleone.com

WILLIAM J. CARROLL, ESQ. (SBN:  118106)
SARAH D.YOUNGBLOOD, ESQ. (SBN: 244304)
**SCHIFF HARDIN LLP**
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA  94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701
E-mail:  wcarroll@schiffhardin.com
          syoungblood@schiffhardin.com

Attorneys for Defendants
UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE CHIEF MITCHELL J. CELAYA
III; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE DETECTIVE NICOLE
MILLER; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER SABRINA
REICH; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE SERGEANT LEE
HARRIS; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER MICHAEL
WYCKOFF; and UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER
CRISTA MANCHESTER

TERRY GROSS, ESQ. (SBN: 103878)
SARAH A. CROWLEY, ESQ. (SBN 273663)
**GROSS BELSKY ALONSO LLP**
One Sansome Street, Suite 3670
San Francisco, CA 94104
Telephone:  (415) 544-0200
Facsimile:  (415) 912-0201
E-mail:  terry@gba-law.com
          sarah@gba-law.com

\\\

STIPULATION AND [PROPOSED] ORDER IN RESPONSE TO ORDER                Case No.:  CV 10 5594 YGR
TO SHOW CAUSE

1

JAMES WHEATON, ESQ. (SBN: 115230)
**THE FIRST AMENDMENT PROJECT**
1736 Franklin Street, 9th Floor
Oakland, CA 94612
Telephone: (510) 208-7744
Facsimile:  (510) 208-4562
E-mail: jwheaton@thefirstamendment.org

DAVID GREENE, ESQ. (SBN: 160107)
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-2000
Facsimile:  (415) 269-1999
E-mail: David. greene@hro.com

Attorneys for Plaintiff
DAVID MORSE

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE, | **Case No.:   CV 10 5594 YGR** |
| Plaintiff, | |
| vs. | **STIPULATION AND ~~[PROPOSED]~~ ORDER VACATING PRE-TRIAL CONFERENCE AND TRIAL DATES IN RESPONSE TO ORDER TO SHOW CAUSE** |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, BERKELEY; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE DEPARTMENT; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE CHIEF MITCHELL J. CELAYA III; UNIVERSITY OF CALIFORNIA AT BERKELEY DETECTIVE NICOLE MILLER; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER REICH; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER SERGEANT HARRIS; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER WYCOFF; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER MANCHESTER; CITY OF BERKELEY POLICE DEPARTMENT; CITY OF BERKELEY POLICE CHIEF MICHAEL K. MEEHAN; COUNTY OF ALAMEDA; ALAMEDA SHERIFF'S DEPARTMENT; ALAMEDA COUNTY SHERIFF GREGORY J. AHERN; and DOES 1-25 | |
| Defendants. | |

The parties to the above captioned litigation hereby stipulate by and through their undersigned attorneys of record as follows:

WHEREAS, this Court has issued an order to show cause why this matter should not be dismissed due to the failure of the parties to file pre-trial conference documents.

WHEREAS, the parties have reached a settlement in this matter.  The parties recently signed the Settlement Agreement, and the Settlement Agreement is therefore now in effect.  All that remains to complete the settlement of this case is the issuance of the settlement check and confirmation from defense counsel that the University of California at Berkeley Police Department has complied with its obligations set forth in the Settlement Agreement. These last contingencies will be completed within the next three weeks;

WHEREAS, the parties anticipate that the stipulation to request that this court dismiss this case with prejudice will be filed within the next three weeks;

THE PARTIES STIPULATE AND AGREE THAT:

1.      Within five days after defendants have satisfied their obligations under the Settlement Agreement, the parties will file with the Court a stipulation and agreement to dismiss this action with prejudice;

2.      The parties request that the Court vacate the June 25, 2012 Order to Show Cause hearing, and set a Case Management Conference for July 13, 2012, or as soon thereafter as is practicable, so that, if the stipulation of dismissal has not been previously filed, the parties shall address compliance with the Settlement Agreement and dismissal of the action, and that the parties would file a joint statement five business days prior to the Case Management Conference; and

3.      The parties request that the Court vacate the July 9, 2012 trial date.

IT IS SO STIPULATED.

Dated:  June 18, 2012                    **STUBBS & LEONE**

                                         By: /s/ Claudia Leed
                                         LOUIS A. LEONE, ESQ.
                                         CLAUDIA LEED, ESQ.

\\\
\\\
\\\
\\\

STIPULATION AND [PROPOSED] ORDER IN RESPONSE TO ORDER          Case No.:  CV 10 5594 YGR
TO SHOW CAUSE
                                         4

Dated:  June 18, 2012                    **SCHIFF HARDIN LLP**


                                         By: /s/ William J. Carroll_____.
                                         WILLIAM J. CARROLL, ESQ.
                                         SARAH D.YOUNGBLOOD, ESQ.

                                         Attorneys for Defendants
                                         UNIVERSITY OF CALIFORNIA AT BERKELEY
                                         POLICE CHIEF MITCHELL J. CELAYA III;
                                         UNIVERSITY OF CALIFORNIA AT BERKELEY
                                         POLICE DETECTIVE NICOLE MILLER;
                                         UNIVERSITY OF CALIFORNIA AT BERKELEY
                                         POLICE OFFICER SABRINA REICH;
                                         UNIVERSITY OF CALIFORNIA AT BERKELEY
                                         POLICE SERGEANT LEE HARRIS;
                                         UNIVERSITY OF CALIFORNIA AT BERKELEY
                                         POLICE OFFICER MICHAEL WYCKOFF; and
                                         UNIVERSITY OF CALIFORNIA AT BERKELEY
                                         POLICE OFFICER CRISTA MANCHESTER

Dated: June 18, 2012                     **GROSS BELSKY ALONSO LLP**


                                         By: /s/ Terry Gross_____.
                                         TERRY GROSS, ESQ
                                         Attorneys for Plaintiff

Dated:  June 18, 2012                    **THE FIRST AMENDMENT PROJECT**


                                         By: /s/ James Wheaton_____.
                                         JAMES WHEATON, ESQ.
                                         Attorneys for Plaintiff David Morse

Dated:  June 18, 2012                    **BRYAN CAVE LLP**


                                         By: /s/ David Greene_____.
                                         DAVID GREENE, ESQ.

                                         Attorneys for Plaintiff for David Morse

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the stipulation of the parties:

1.      The July 9, 2012 trial date is vacated.

2.      Within five days after defendants have satisfied their obligations under the Settlement Agreement, the parties are ordered to file with the Court a stipulation and agreement to dismiss this action with prejudice;

3.      The June 25, 2012 Order to Show Cause hearing and pretrial conference are VACATED and a Compliance hearing is hereby set for Friday, July 13, 2012 at 9:01 a.m.  By five (5) business days prior, if the parties have not at that time filed with the Court a stipulation and agreement to dismiss this action, the parties are ordered to file a joint statement notifying the Court of the status of the parties' compliance with the Settlement Agreement.

This Order terminates Dkt. No. 70.

IT IS SO ORDERED.

Dated: June 21, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: June 18, 2012                                    /s/  Terry Gross        .
                                                                TERRY GROSS