LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
E-mail: leonel@stubbsleone.com
          leedc@stubbsleone.com

WILLIAM J. CARROLL, ESQ. (SBN:  118106)
SARAH D.YOUNGBLOOD, ESQ. (SBN: 244304)
**SCHIFF HARDIN LLP**
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA  94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701
E-mail:  wcarroll@schiffhardin.com
           syoungblood@schiffhardin.com

Attorneys for Defendants
UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE CHIEF MITCHELL J. CELAYA III; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE DETECTIVE NICOLE MILLER; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER SABRINA REICH; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE SERGEANT LEE HARRIS; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER MICHAEL WYCKOFF; and UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER CRISTA MANCHESTER

//

//

//

_____
STIPULATION OF VOLUNTARY DISMISSAL                                Case No.:  CV 10 5594 YGR

1

TERRY GROSS, ESQ. (SBN: 103878)
SARAH A. CROWLEY, ESQ. (SBN 273663)
**GROSS BELSKY ALONSO LLP**
One Sansome Street, Suite 3670
San Francisco, CA 94104
Telephone:  (415) 544-0200
Facsimile:  (415) 912-0201
E-mail:  terry@gba-law.com
            sarah@gba-law.com

JAMES WHEATON, ESQ. (SBN: 115230)
**THE FIRST AMENDMENT PROJECT**
1736 Franklin Street, 9th Floor
Oakland, CA 94612
Telephone: (510) 208-7744
Facsimile:  (510) 208-4562
E-mail: jwheaton@thefirstamendment.org

DAVID GREENE, ESQ. (SBN: 160107)
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-2000
Facsimile:  (415) 269-1999
E-mail: David. greene@hro.com

Attorneys for Plaintiff
DAVID MORSE

\\\

\\\

\\\

\\\

\\\

STIPULATION OF VOLUNTARY DISMISSAL                                                         Case No.:  CV 10 5594 YGR

2

1  \\\
2  \\\
3  \\\
4  \\\
5  \\\
6  \\\
7  \\\
8  \\\

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID MORSE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, BERKELEY; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE DEPARTMENT; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE CHIEF MITCHELL J. CELAYA III; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE DETECTIVE NICOLE MILLER; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER REICH; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER SERGEANT HARRIS; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER | **Case No.:   CV 10 5594 YGR**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**  AND ORDER |
|---|---|

STIPULATION OF VOLUNTARY DISMISSAL　　　　　　　　　　　　　　　　　　　　　Case No.:  CV 10 5594 YGR

3

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | WYCOFF; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER MANCHESTER; CITY OF BERKELEY POLICE DEPARTMENT; CITY OF BERKELEY POLICE CHIEF MICHAEL K. MEEHAN; COUNTY OF ALAMEDA; ALAMEDA SHERIFF'S DEPARTMENT; ALAMEDA COUNTY SHERIFF GREGORY J. AHERN; and DOES 1-25<br><br>Defendants. |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The above-captioned action is voluntarily dismissed with prejudice;
2. Each party to this action will bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: July 10, 2012          **STUBBS & LEONE**

By: /s/ Claudia Leed
LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.

Dated: July 10, 2012          **SCHIFF HARDIN LLP**

By: /s/ William J. Carroll
WILLIAM J. CARROLL, ESQ.
SARAH D. YOUNGBLOOD, ESQ.

Attorneys for Defendants
UNIVERSITY OF CALIFORNIA AT BERKELEY
POLICE CHIEF MITCHELL J. CELAYA III;

IT IS SO ORDERED
July 12, 2012
Judge Yvonne Gonzalez Rogers

STIPULATION OF VOLUNTARY DISMISSAL          Case No.: CV 10 5594 YGR

4

UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE DETECTIVE NICOLE MILLER; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER SABRINA REICH; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE SERGEANT LEE HARRIS; UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER MICHAEL WYCKOFF; and UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE OFFICER CRISTA MANCHESTER

Dated: July 10, 2012  **GROSS BELSKY ALONSO LLP**

By: /s/ Terry Gross            .
TERRY GROSS, ESQ

Dated: July 10, 2012  **THE FIRST AMENDMENT PROJECT**

By: /s/ James Wheaton            .
JAMES WHEATON, ESQ.

Dated: July 10, 2012  **BRYAN CAVE LLP**

By: /s/ David Greene            .
DAVID GREENE, ESQ.

Attorneys for Plaintiff David Morse

_____
STIPULATION OF VOLUNTARY DISMISSAL                                    Case No.: CV 10 5594 YGR

5

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: July 10, 2012                                  /s/  Terry Gross         .
                                                              TERRY GROSS

STIPULATION OF VOLUNTARY DISMISSAL                                         Case No.:   CV 10 5594 YGR

# CERTIFICATE OF SERVICE

**RE: David Morse, v. Regents of the University of California, Berkeley, et. al., 3:10-cv-05594-SI**

I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is GROSS BELSKY ALONSO LLP, One Sansome Street, Suite 3670, San Francisco, CA, 94104. On the date set forth below, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

- **STIPULATION OF VOLUNTARY DISMISSAL**

**XX** ECF, by USDC Live System-Document Filing System on all interested parties registered for e-filing.

| William J. Carroll | Claudia Leed |
| --- | --- |
| Schiff Hardin LLP | Stubbs & Leone |
| One Market, Spear Street Tower, 32nd Floor | 2175 N. California Blvd., Suite 900 |
| San Francisco, CA 94105 | Walnut Creek, CA 94596 |
| wcarroll@schiffhardin.com | leedc@stubbsleone.com |

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service at San Francisco, California that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 10, 2012 at San Francisco, California.

/s/ Jessica Dean         .
JESSICA DEAN

---

STIPULATION OF VOLUNTARY DISMISSAL                                    Case No.: CV 10 5594 YGR